FILED
2025 Dec-05  PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHONTIA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY DEMAND |
| | ) | |
| RED MOUNTAIN RETAIL, INC.,d/b/a | ) | |
| ASHLEY FURNITURE, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

## I.   JURISDICTION AND VENUE

1. The jurisdiction of the Court is invoked pursuant to 28 U.S.C. §1331 (Federal question) and 28 U.S.C. § 1343(a)(4) (Civil Rights). This lawsuit for termination based on pregnancy discrimination is authorized and instituted pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq., and as amended by the Pregnancy Discrimination Act of 1978 ("PDA"), and the Americans with Disabilities Act, as amended ("ADA/ADAAA").

2. Plaintiff invokes the jurisdiction of this Court to secure protection for and to redress the deprivation of rights secured by Title VII, the PDA and the

ADA/ADAAA, seeking injunctive and other relief against discrimination on the basis of sex, including pregnancy, and disability.

3.    Venue is proper pursuant to 28 U.S.C. §1331 because the Defendant's principal place of business is located in Bessemer, Alabama, within the Southern Division of the Northern District of Alabama.

## II.    PARTIES

4.    The Plaintiff, Shontia Williams ("Williams" or "Plaintiff"), is over the age of nineteen, a citizen of the United States, and is a resident of the Northern District of Alabama.

5.    The Defendant, Red Mountain Retail, Inc., d/b/a Ashley Furniture, ("RMR" or "Defendant"), is an entity organized under the laws of the state of Alabama with its principal place of business in Birmingham, Jefferson County, Alabama.

6.    At all times relevant to this suit, RMR was Plaintiff's employer for the purposes of Title VII, the PDA and the ADA/ADAAA.

7.    RMR employed at least fifteen (15) persons for each working day during each of 20 or more calendar work weeks in the current or pending calendar year and is an employer for purposes of Title VII, the PDA and the ADA/ASDAAA.

### III.    CONDITIONS PRECEDENT

8.    Plaintiff brings this action for the unlawful employment practices and acts of intentional discrimination under Title VII, the PDA and the ADA/ADAAA.

9.    On October 15, 2024, within 180 days of her termination from RMR, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"), Charge No. 420-2021-00843 (Exhibit A, EEOC charge).

10.    The EEOC issued a Dismissal and Notice of Rights on September 8, 2025, for the EEOC charge filed by the Plaintiff. (Exhibit B, Notice of Right to Sue).

11.    Plaintiff timely files this lawsuit within 90 days of her receipt of the Dismissal and Notice of Rights.

12.    Plaintiff has fulfilled all conditions precedent under Title VII, the PDA and the ADA/ADAAA.

### IV.    FACTUAL ALLEGATIONS

13.    Plaintiff Shontia Williams, female, began working for RMR in or around November 2023, as the Social media and marketing Coordinator.

14.    On or about July 8, 2024, Williams informed David Valado, CEO, that she was pregnant.

15.    On or about July 22, 2024, Williams sent an email to Nancy Malone, Human Resources Manager, informing her that she was pregnant.

16.    Nancy Malone responded to Williams' email regarding Williams' pregnancy and copied Williams' manager on the email.

17.    On or about July 30, 2024, RMR terminated Williams' employment due to an alleged restructuring.

18.    RMR's CEO, Human Resources Manager and Williams' manager were all aware that Williams was pregnant prior to July 30, 2024.

19.    Williams is not aware of any other employees being terminated due to an alleged restructuring.

**COUNT ONE**

**STATEMENT OF PLAINTIFF'S GENDER AND PREGNANCY DISCRIMINATION CLAIMS**

20.    Plaintiff adopts and realleges the allegations of paragraphs 1-19 as if fully set forth herein.

21.    Williams informed RMR of her pregnancy in that she verbally informed the CEO on or about July 8, 2024, and notified the Human Resources Manager of her pregnancy on or about July 22, 2024, via email.

22.    Willaims' manager was also informed via email of Williams' pregnancy on or about July 22, 2024.

23.    RMR was aware Williams was pregnant.

24.    RMR terminated Williams on or about July 30, 2024, a few weeks after learning that she was pregnant.

25.    RMR's timing of Williams termination show Defendant terminated Williams because of her pregnancy in violation of Title VII and the PDA.

26.    RMR discriminated against Williams because of her gender and terminated her employment in violation of Title VII and the PDA.

27.    As a consequence of Defendant's unlawful conduct, Plaintiff suffered damages, including but not limited to lost wages and benefits, embarrassment, humiliation, shame, damage to reputation, mental distress, and emotional pain and anguish.

28.    Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs alleged herein, and this suit for compensatory damages, punitive damages, attorney's fees, expenses, costs, injunctive relief, and declaratory judgment is her only means of securing adequate relief.

29. Plaintiff is now suffering, and will continue to suffer, irreparable injury from Defendant's unlawful practices set forth herein unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court assume jurisdiction of this cause of action and award the following relief:

a. Enter a declaratory judgment that Defendant's policies, practices, and procedures complained of herein have violated and continue to violate the rights of Plaintiff as secured by Title VII and the PDA;

b. Grant Plaintiff a permanent injunction enjoining Defendant, its agents, successors, employees, attorneys, and those acting in concert with Defendant or at Defendant's request from violating Title VII;

c. Grant Plaintiff an Order requiring Defendant to make her whole by granting appropriate declaratory relief, back pay, compensatory damages (including damages for mental anguish), punitive damages, interest, attorney's fees, expenses, costs; and

d. Grant Plaintiff such other, further, different, or additional relief and benefits as justice may require.

## COUNT TWO

## STATEMENT OF PLAINTIFF'S ADA/ADAAA DISCRIMINATION CLAIMS

30. Plaintiff hereby adopts and realleges paragraphs 1 - 19 herein above as if fully

set forth herein.

31. Plaintiff is a qualified individual with a disability pursuant to the ADA/ADAAA, and/or has been regarded as disabled by Defendant, and has a disability that limits major life activities.

32. Defendant was aware of Plaintiff's disability.

33. Plaintiff was able to perform the duties of her position without accommodation.

34. Defendant terminated Plaintiff within a few after learning that she was pregnant and perceived and/or regarded plaintiff as disabled.

35. Plaintiff had no performance issues and was able to perform her job duties.

36. Defendant subjected Plaintiff to adverse treatment, including termination, with respect to the terms and conditions of her employment because of her disability, and/or perceived disability.

37. Plaintiff has been terminated in violation of the ADA/ADAAA and a convincing mosaic of evidence exists to show that Defendants .discriminated against Plaintiff.

38. Defendants' illegal discriminatory, and adverse actions have injured Plaintiff.

39. Defendants have a habit and/or practice of taking adverse action against employees with a disability or employees they perceive to be disabled.

40. Plaintiff has no plain, adequate or complete remedy at law to redress the

wrongs alleged herein and this suit for back pay, front pay, compensatory damages, punitive damages, attorney's fees, injunctive relief and declaratory judgment is her only means of securing adequate relief.

41.  Plaintiff is now suffering and will continue to suffer irreparable injury from Defendant's unlawful policies and practices as set forth herein unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court assume jurisdiction of this cause of action and award the following relief:

a.  Enter a declaratory judgment that Defendant's policies, practices, and procedures complained of herein have violated and continue to violate the rights of Plaintiff as secured by Title VII and the PDA;

b.  Grant Plaintiff a permanent injunction enjoining Defendant, its agents, successors, employees, attorneys, and those acting in concert with Defendant or at Defendant's request from violating Title VII;

c.  Grant Plaintiff an Order requiring Defendant to make her whole by granting appropriate declaratory relief, back pay, compensatory damages (including damages for mental anguish), punitive damages, interest, attorney's fees, expenses, costs; and

d.  Grant Plaintiff such other, further, different, or additional relief and

benefits as justice may require.

**PLAINTIFF REQUESTS TRIAL BY STRUCK JURY ON ALL CLAIMS**

Respectfully submitted,


s/Cynthia Forman Wilkinson
CYNTHIA FORMAN WILKINSON
Attorney for Plaintiff

**OF COUNSEL:**

WILKINSON LAW FIRM PC
1717 3rd Avenue North, Suite A
Birmingham, AL 35203
205.250.7866 – office
205.790.4009 – cell
cwilkinson@wilkinsonfirm.net

**PLAINTIFF'S ADDRESS:**
Shonita Williams
c/o WILKINSON LAW FIRM PC
1717 3rd Avenue North
Suite A
Birmingham, AL 35203

**PLEASE SERVE DEFENDANT AT:**
ALLEN W. MARKS
410 Pine Valley Circle
Bessemer, AL 35022

**IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SHONTIA WILLIAMS,** | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **RED MOUNTAIN RETAIL,** | ) | **JURY DEMAND** |
| **Defendant** | ) | |

# EXHIBIT A – EEOC CHARGE

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☑ EEOC | and EEOC |

| | State or local Agency, if any | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|---|

Name (Indicate Mr., Ms., Mrs.)
Ms. SHONTIA WILLIAMS, TIA

Street Address                          City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against
Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| RED MOUNTAIN RETAIL dba ASHLEY FURNITURE | 500+ | 205-417-7779 |

City, State and ZIP Code
Street Address
410 Pine Valley Circle     Bessemer, AL 35022

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|

Street Address                          City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☑ COLOR   ☑ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☑ DISABILITY   ☐ GENETIC INFORMATION

☑ OTHER (Specify) Pregnancy Discrimination Act

DATE(S) DISCRIMINATION TOOK PLACE
Earliest    Latest
July 2024    August 2024

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s):)

I began working for the above-named employer in November 2023, and was employed as the Social Media and Marketing Coordinator. On or about July B, 2024, I informed David Valadao, CEO/Manager, that I am pregnant. On or about July 22, 2024, I sent an email informing Nancy Malone, Human Resources Manager, that I am pregnant. Ms. Malone responded and provided paperwork for me to fill out. When Ms. Malone responded to my email regarding my pregnancy she copied my manager on the email. On or about July 30, 2024, I was informed that my employment was being terminated due to an alleged restructuring. To my knowledge no other employee was terminated due to any alleged restructuring.

I believe I have been discriminated against and terminated because of my sex and because of my pregnancy in violation of Title VII, as amended, and the Pregnancy Discrimination Act. I also believe I have been terminated an discriminated against because my employer perceived me to be disabled in violation of the ADA/ADAAA.

JOY STEELE
NOTARY
PUBLIC
ALABAMA STATE AT LARGE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/15/24
Date

Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

Joy Steele

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

Shontia Williams

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

10   15   2024

**IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SHONTIA WILLIAMS,** | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **RED MOUNTAIN RETAIL,** | ) | **JURY DEMAND** |
| **Defendant** | ) | |

# EXHIBIT B – NOTICE OF RIGHT TO SUE



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Birmingham District Office**
Ridge Park Place
1130 22ⁿᵈ Street South, Suite 2000
Birmingham, AL  35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: September 8, 2025

**To:** Ms. Shonta Williams

Charge No: 420-2025-00417

EEOC Representative and email:    TAMMY KIRK
EQUAL OPPORTUNITY INVESTIGATOR
TAMMY.KIRK@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2025-00417.

On behalf of the Commission,

**SHERI GUENST** Digitally signed by SHERI GUENST
Date: 2025.09.08 14:20:18 -05'00'

/for Bradley A. Anderson
District Director

**Cc:**
Karen W Allen, Paralegal
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
301 19th Street North
Birmingham, AL 35203

kallen@wigginschilds.com


Cynthia F Wilkinson Esq.
Wilkinson Law Firm, PC
1717 3rd Ave North, Suite A
Birmingham, AL 35203

cwilkinson@wilkinsonfirm.net


Please retain this Notice for your records.